| | |
|---|---|
| 1 | Arturo E. Matthews, Jr. (SBN #145232)<br>**BURNETT & MATTHEWS LLP**<br>4675 MacArthur Court, Suite 1540<br>Newport Beach, California 92660<br>Telephone: (949) 975-1980<br>Facsimile: (949) 975-1988 |

Attorneys for Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR9 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>FELICIANO CUEVAS AND MARIA C. DE CUEVAS,<br>        Debtor(s),<br>_____<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR9 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007,<br>        Movant,<br>v.<br><br>FELICIANO CUEVAS AND MARIA C. DE CUEVAS, Debtor(s); DAVID BURCHARD, Chapter 13 Trustee;<br>        Respondents.<br>_____ | Case No: 09-12936-AJ<br><br>DC No. AEM- 1<br><br>CHAPTER 13<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: June 10, 2010<br>Time: 9:00 a.m.<br>Place: 99 South E Street<br>       Santa Rosa, CA 95404 |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE; THE DEBTORS, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

        NOTICE IS HEREBY GIVEN THAT Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR9 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007's Motion for Relief From

| | |
|---|---|
| 1 | the Automatic Stay filed on May 7, 2010 is hereby withdrawn. |
| 2 | Dated: June 2, 2010                    Respectfully Submitted, |
| 3 |                                                          BURNETT & MATTHEWS LLP |
| 4 |                                                          By: /s/Arturo E. Matthews, Jr. |
| 5 |                                                              ARTURO E. MATTHEWS, JR.<br>Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR9 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2007 |