| | |
|---|---|
| 1 | **ROUTH CRABTREE OLSEN, P.S.** |
| 2 | Edward T. Weber, Esq., SBN #194963 |
| | Brett P. Ryan, Esq., SBN #200563 |
| 3 | Jonathan J. Damen, Esq., SBN #251869 |
| | 1241 E. Dyer Road, Suite 250 |
| 4 | Santa Ana, California 92705 |
| | Telephone 714-277-4937 |
| 5 | Facsimile (714) 277-4899 |
| 6 | Email jdamen@rcolegal.com |
| 7 | RCO No.: 7021.46724 |
| | Attorneys for movant, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC |
| 8 | HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, its |
| 9 | assignees and/or successors in interest |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | **Bk. No. 09-12936-AJ** |
| | **R.S. No.: JJD-883** |
| Feliciano Cuevas and | Judge Alan Jaroslovsky |
| Maria C. de Cuevas | **Chapter 13** |
| | |
| Debtor(s). | *MOTION FOR RELIEF FROM AUTOMATIC STAY* |
| | |
| | Preliminary Hearing: |
| | Date: September 1, 2011 |
| | Time: 9:00 AM |
| | Place: U.S. Bankruptcy Court |
| | 99 South "E" Street |
| | Santa Rosa, CA 95404 |

MOTION FOR RELIEF FROM STAY

1

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 599 GRAYMONT DR SANTA ROSA, CA 95409 (the "Property"). The facts and circumstances supporting this Motion are set forth in the Declaration in Support of Motion for Relief from Automatic Stay filed contemporaneously herewith (the "Declaration"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtors on September 10, 2009. An order converting the case to a case under Chapter 13 was entered on October 1, 2009.

2. A Chapter 13 Plan was confirmed on June 8, 2010.

3. The Debtors have executed and delivered that certain promissory note in the original principal amount of $277,000.00 (the "Note"). Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under the Note and the Deed of Trust with respect to the Loan are secured by the Property.

5. As of July 27, 2011, the outstanding Obligations are:

| Unpaid Principal Balance | $240,100.83 |
| --- | --- |
| Unpaid, Accrued Interest | $4,145.64 |
| Costs | $0.00 |
| **Less**: Partial Payments | ($1.76) |
| Minimum Outstanding Obligations | $244,244.71 |

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $650 in legal fees and $150 in costs. Movant reserves all rights to seek an award or allowance of

such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtors:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | May 1, 2011 | July 1, 2011 | $1,551.12 | $4,653.36 |
| Less post-petition partial payments: | | | | ($1.76) |

**Total: $4,651.60**

8. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected.

    (b) Post-confirmation payments required by the confirmed plan have not been made to Movant.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

//

//

//

//

MOTION FOR RELIEF FROM STAY

3

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Date: August 1, 2011

ROUTH CRABTREE OLSEN, P.S.

By: /s/Jonathan J Damen
JONATHAN J DAMEN, ESQ.
Attorneys for Movant
RCO 7021.46724

MOTION FOR RELIEF FROM STAY

4